IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND M. KRUSHIN, | No. 4:21-CV-1682 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GOVERNOR TOM WOLFF, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 30th day of November 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Eighth Amendment claims of deliberate indifference to serious medical needs are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted as to the following defendants: Cowam, Noel, Wetzel, Silva, Varner, Moore, Ransom, Miller, and Fagan.

2. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to SERVE a copy of the Amended Complaint (Doc. 11), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399) and this Order on the remaining named Defendants: Wolf, Shapiro, Dr. Prince, Martin, Wilson, Kortez, Smith, and Casey. (*See* Doc. 1 at 2-6). In the interests of efficient administrative judicial economy, the Court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

3. If service is unable to be completed due to Plaintiff's failure to properly name a Defendant or provide an accurate mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claim(s) against Defendant(s) pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge