# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND M. KRUSHIN, | No. 4:21-CV-01682 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GOVERNOR TOM WOLFF, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of March 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 27) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendants Tom Wolf, Josh Shapiro, Lea Martin, Pat Smith, Joyce Wilson, and Lewis Casey and against Plaintiff Raymond M. Krushin as to all claims.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge